# United States District Court
## Eastern District of Michigan (Detroit)

| | | |
|---|---|---|
| Stephanie K. Carney, | ) | Civil No.: 2:15-cv-11032-MAG-RSW |
| | ) | |
| *Plaintiff,* | ) | Mark A. Goldsmith |
| | ) | United States District Judge |
| | ) | |
| v. | ) | R. Steven Whalen |
| | ) | United States Magistrate Judge |
| | ) | |
| Carolyn W. Colvin, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| *Defendant*. | ) | |

## Order Granting Stipulated Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g)

Plaintiff and Defendant have stipulated that this case be remanded under sentence six of 42 U.S.C. § 405(g). Accordingly, it is ordered that this case is remanded under sentence six of 42 U.S.C. § 405(g) for a *de novo* hearing before an Administrative Law Judge.

Dated:  May 26, 2015　　　　　　s/Mark A. Goldsmith
　　　　Detroit, Michigan　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 26, 2015.

　　　　　　　　　　　　　　　　s/Carrie Haddon
　　　　　　　　　　　　　　　　Case Manager